UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MONIKA STAFFORD, HANNAH )
DAUGHERTY, and NICOLE MENARD, )
)
    Plaintiffs, )
)
v. )      Civil Action No. 3:25-cv-128
)
PSYCHIATRIC SERVICES OF EAST )
TENNESSEE, LLC, ADDICTION & )
MENTAL HEALTH SERVICES, LLC, )
d/b/a BRADFORD HEALTH SERVICES, )
RECOVERY STAFFING, INC. and )
JAMES R. STUBBLEFIELD, )
)
    Defendants. )

<u>ANSWER AND CROSS CLAIM OF BRADFORD EVOLVE TREATMENT SERVICES, LLC</u>

Bradford Evolve Treatment Services, LLC ("Bradford Health"), by undersigned counsel,

responds to the Complaint herein, as follows:

1. Bradford Health admits that Plaintiff seek damages against it under the cited statue,

    but deny they are entitled to the same.

2. Bradford Health admits the allegations in paragraph 2 of the Complaint.

3. Bradford Health admits that venue is proper herein, but denies that actions and events

    took place that gave rise to a valid cause of action against it.

4. Bradford Health responds that is it the proper defendant.

5. Bradford Health responds that it is the proper defendant.

6. The allegations in paragraph 6 of the Complaint relate to a different defendant and do

    not require a response from Bradford Health.

1

7. The allegations in paragraph 7 of the Complaint relate to a different defendant and do not require a response from Bradford Health.

8. The allegations in paragraph 8 of the Complaint relate to a different defendant and do not require a response from Bradford Health.

9. Bradford Health is without knowledge or information sufficient to form a belief as to whether Plaintiff Stafford worked for Defendant Recovery Staffing, Inc. ("Recovery"), therefore denies the same. Bradford Health denies that it employed Plaintiff Stafford.

10. On information and belief, Bradford Health admits that for some period of time Plaintiff Daugherty worked for Defendant Recovery. Bradford Health denies that it employed Plaintiff Daugherty.

11. On information and belief, Bradford Health admits that for some period of time Plaintiff Menard worked for Defendant Recovery. Bradford Health denies that it employed Plaintiff Menard.

12. Bradford Health denies that it employed Plaintiffs. The remaining allegations in paragraph 12 of the Complaint refer to other defendants and do not require a response from Bradford Health.

13. Bradford Health denies the allegations in paragraph 13 of the Complaint.

14. Bradford Health denies the allegations contained in paragraph 14 of the Complaint.

15. Bradford Health denies the allegations contained in paragraph 15 of the Complaint.

16. Bradford Health denies the allegations in paragraph 16 of the Complaint.

17. Bradford Health denies the allegations contained in paragraph 17 of the Complaint.

2

18. Bradford Health denies that it has employed Plaintiffs. On information and believe, Bradford Health admits that Defendant Recovery employed Plaintiffs Daugherty and Menard for some period of time.

19. Bradford Health denies that it has employed Plaintiffs. On information and believe, Bradford Health admits that Defendant Recovery employed Plaintiffs Daugherty and Menard for some period of time.

20. Bradford Health denies the allegations in paragraph 20 of the Complaint.

21. On information and belief, Bradford Health admits that Defendant Stubblefield owned and operated Defendant Recovery and that he was responsible for administering the pay practices of Defendant Recovery in compliance with all applicable laws.

22. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 22 of the Complaint and therefore denies the same.

23. Bradford Health engaged in no such activity as alleged, and therefore denies the allegations in paragraph 23 of the Complaint.

24. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 24 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 24 of the Complaint and therefore denies the same.

25. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 25 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or

3

falsity of the remaining allegations in paragraph 25 of the Complaint and therefore denies the same.

26. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 26 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 26 of the Complaint and therefore denies the same.

27. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 27 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 27 of the Complaint and therefore denies the same.

28. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 28 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 28 of the Complaint and therefore denies the same.

29. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 29 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 29 of the Complaint and therefore denies the same.

4

30. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 30 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 30 of the Complaint and therefore denies the same.

31. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 31 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 31 of the Complaint and therefore denies the same.

32. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 32 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 32 of the Complaint and therefore denies the same.

33. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 33 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 33 of the Complaint and therefore denies the same.

34. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 34 of the Complaint.

5

35. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 35 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 35 of the Complaint and therefore denies the same.

36. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 36 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 36 of the Complaint and therefore denies the same.

37. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 37 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 37 of the Complaint and therefore denies the same.

38. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 38 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 38 of the Complaint and therefore denies the same.

39. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 39 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or

6

falsity of the remaining allegations in paragraph 39 of the Complaint and therefore denies the same.

40. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 40 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 40 of the Complaint and therefore denies the same.

41. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 41 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 41 of the Complaint and therefore denies the same.

42. Bradford Health incorporates its responses to paragraphs 1-41 of the Complaint as if set forth in full herein.

43. The allegations in paragraph 43 of the Complaint state a legal conclusion to which no response is required. To the extent a response is required, Bradford Health denies the allegations.

44. Bradford Health admits that it is an "employer" but denies that it employed Plaintiffs. On information and belief, Bradford Health admits that Defendant Recovery was an employer.

45. Bradford Health denies that it employed Plaintiffs. On information and belief, Bradford Health admits that Defendant Recovery employed Plaintiffs Daugherty and Menard for some period of time.

46. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 46 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 46 of the Complaint and therefore denies the same.

47. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 47 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 47 of the Complaint and therefore denies the same.

48. Paragraph 48 of the Complaint states a legal conclusion to which no response is required.

49. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 49 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 49 of the Complaint and therefore denies the same.

50. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 50 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 50 of the Complaint and therefore denies the same.

8

51. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 51 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 51 of the Complaint and therefore denies the same.

52. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 52 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 52 of the Complaint and therefore denies the same.

53. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 53 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 53 of the Complaint and therefore denies the same.

54. Bradford Health denies that it employed Plaintiffs and therefore denies the allegations in paragraph 54 of the Complaint to the extent they relate to Bradford Health. Bradford Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 54 of the Complaint and therefore denies the same.

55. Bradford Health denies that it employed Plaintiffs, and therefore denies that Plaintiffs are entitled to any of the relief requested against Bradford Health in the Prayer for Relief, including any relief prayed for in sub-paragraphs A to J thereunder.

9

56. Except as specifically admitted above, Bradford Health denies all allegations in the Complaint.

## FIRST DEFENSE

All claims are barred to the extent they are beyond the applicable statute of limitations period.

## SECOND DEFENSE

Liquidated damages are not available against Bradford Health as it acted in good faith at all times.

10

## CROSS CLAIM OF BRADFORD HEALTH

1. Bradford Health entered a Business Staffing Services Agreement ("Agreement") with Defendant Recovery, effective July 21, 2021.

2. Pursuant to Section 2.1 (b) the Agreement, Defendant Recovery was obligated to perform in compliance with all applicable laws.

3. Pursuant to Section 8.2 of the Agreement, Defendant Recovery is obligated to indemnify Bradford Health against any claim for which it is or becomes liable to pay any damages in the Complaint brought by Plaintiffs Stafford, Daugherty or Minard in the original Complaint herein, including any amounts owed to the initial Plaintiffs and Bradford Health's costs of defense, including but not limited to, attorneys' fees.

4. Bradford Health submits that it did not employ Plaintiffs and so has no liability to them based on the allegations in the Complaint, or otherwise. Nevertheless, if Bradford Health is found to have liability to Plaintiffs based on the act or omissions of Defendant Recovery, then Defendant Recovery must indemnify Bradford Health based on the terms in the Agreement.

WHEREFORE, having stated its grounds, Bradford Health prays for entry of an Order of the Court finding that Defendant Recovery must indemnify Bradford Health, pursuant to the terms of Section 8.2 of the Agreement.

11

Respectfully submitted this 2nd day of September, 2025.

By: *s/Howard B. Jackson*
Howard B. Jackson (BPR 021316)
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, TN 37201
Phone: 615-574-6702
Fax: 615-574-6701
Email: hjackson@fordharrison.com

*Attorney for Defendant*

Certificate of Service

I hereby certify that on September 2, 2025, I sent by U.S. Mail, postage prepaid, the foregoing document to the following:

Recovery Staffing
2131 Wilson Road
Knoxville, TN 37912

Robert Stubblefield
2131 Wilson Road
Knoxville, TN 37912

And served the following persons via the court's electronic filing system:

12

Joseph Russ Bryant (BPR #33830)
Gordon E. Jackson (BPR #8323)
J. Joseph Leatherwood, IV (BPR #39490)
**Jackson Sheilds Yeiser & Holt**
262 German Oak Drive
Memphis, TN 38018
Phone: 901-754-8001
rbryant@jsyc.com
jleatherwood@jsyc.com
gjackson@jsyc.com

*Attorneys for Plaintiff*

> *Howard B Jackson*
> Howard B. Jackson

13